UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER D. SCOTT,
    Plaintiff,

v.

A. PERERA, et al.,
    Defendants.

Case No. 25-cv-04489-RS (PR)

**ORDER OF DISMISSAL**

Plaintiff has not complied with the Clerk's Notice to file an application to proceed *in forma pauperis* (IFP) or pay the filing fee. (Dkt. No. 3.) Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failure to prosecute, *see* Federal Rule of Civil Procedure 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must (i) have the words MOTION TO REOPEN written on the first page; and (ii) be accompanied by an IFP application that appears on this Court's form, or by full payment for the $405.00 filing fee. The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** August 13, 2025

_____
RICHARD SEEBORG
Chief United States District Judge